IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ELLIOTT PORTER | : | CIVIL ACTION |
| v. | : | |
| AHP SETTLEMENT TRUST | : | NO. 22-2751 |

ORDER

AND NOW, this 17th day of August, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the complaint of plaintiff Joseph Elliott Porter is DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(2)  Porter shall file a response on or before September 19, 2022, to SHOW CAUSE why the court should not enjoin him from making any further filings in this matter or commencing any new actions related to his claims against defendant AHP Settlement Trust or any claims on behalf of Miguel A. Larrieu against defendant AHP Settlement Trust without first seeking leave from this court.  Failure to file a timely response or the filing of a response without merit will result in the entry of an injunction.

BY THE COURT:

/s/ Harvey Bartle III
_____
                          J.